1
2
3
4
5
6
7
8
9

UNITED STATES DISTRICT COURT

10

SOUTHERN DISTRICT OF CALIFORNIA

11 | UNITED STATES OF AMERICA,   )   Case No. 99cr1318 JM
   )
12 |            Plaintiff,   )
   )   JUDGMENT AND ORDER OF
13 |   v.   )   DISMISSAL OF INDICTMENT AND
   )   RECALL ARREST WARRANT
14 | RAUL LOZA GALLEGOS,   )
   )
15 |          Defendant.   )
   )
16

17      Upon motion of the UNITED STATES OF AMERICA and good cause appearing,

18      IT IS HEREBY ORDERED that the Indictment in the above entitled case be

19 dismissed without prejudice, and the Arrest Warrant be recalled.

20      IT IS SO ORDERED.

21 DATED:  May 6, 2013

22                   _____

23                 Hon. Jeffrey T. Miller
                  United States District Judge

24
25
26
27
28